**Exhibit 8**

# Lexington Property and Staffing Inc
## Expenses by Vendor Summary
### January - December 2021

| Vendor | Total |
|---|---:|
| 160 Parking Corp | 12,780.17 |
| 17 Miles LLC | 146,795.63 |
| Aaron Mitchell | 37,500.00 |
| Access Staffing, LLC | 56,150.00 |
| Adobe Creative Cloud | 2,601.51 |
| Adorama | 426.35 |
| ADP Payroll | 2,665,766.25 |
| Agora.io | 1,204,638.95 |
| AirBnB | 2,322.88 |
| Alexa Internet | 648.92 |
| AlixPartners LLP | 71,770.66 |
| All Bright Professional Services Inc | 3,592.88 |
| Amazon | 50,827.40 |
| AMC Electrical Services, Inc. | 7,364.93 |
| American AED LLC | 3,995.00 |
| Ansell Grimm and Aaron | 5,358.52 |
| Apple Inc. | 338.58 |
| AppsTek Corp | 11,968.00 |
| AppsTek, Inc | 11,424.00 |
| AT&T | 43,591.76 |
| Atlassian | 41,677.26 |
| Avra Beverly Hills | 1,266.90 |
| AWS | 2,086,361.33 |
| B&H New York City SuperStore | 16,157.42 |
| Backblaze | 1,223.50 |
| Baker & Hostetler LLP | 39,064.00 |
| BambooHR | 4,479.59 |
| Beile Li | 38,971.89 |
| Benhar Office Interiors | 127,767.86 |
| Best Buy | 924.30 |
| Blueberry Builders, LLC | 246,325.50 |
| BrowserStack | 10,417.49 |
| Bruce Green | 15,000.00 |
| Cahill Gordon & Reindel LLP | 1,000,000.00 |
| Capital Numbers LLC | 4,326.06 |
| Chubb | 17,949.16 |
| ChutePlus | 3,805.18 |
| Cisco Webex | 88.20 |
| Clayton Utz | 10,365.30 |
| Cloud9 Smart, LLC | 24,285.76 |
| Cloudflare, Inc. | 318,200.00 |
| Coderbyte | 398.00 |

| | |
|---|---:|
| **Corporate Creations International** | 259.50 |
| **Corporate Creations Network Inc** | 141,604.05 |
| **CPP Associates, Inc.** | 27,837.04 |
| **CrowdStrike** | 17,713.98 |
| **CSC** | -1,547.58 |
| **Curb SVC** | 52.92 |
| **Dacheng Fu** | 25,000.00 |
| **Dainobu** | 46.25 |
| **David Bobb** | 3,043.00 |
| **Design Republic Partners Architects, LLP** | 5,000.00 |
| **Discord** | 533.19 |
| **DocuSign** | 783.94 |
| **Donn Gerelli Associates** | 8,617.06 |
| **ECF Data** | 18,402.80 |
| **Eficens Systems LLC** | 31,552.00 |
| **Eidhy Oria** | 7,590.00 |
| **Elastic Cloud** | 232.21 |
| **Elixir Technicial Consulting LLC** | 68,972.50 |
| **ELJM Consulting LLC** | 180,122.50 |
| **Elpo Electrical Contracting** | 838.00 |
| **Elpo Electrical Contracting, Inc.** | 1,850.88 |
| **Empire BlueCross** | 256,163.20 |
| **Equity Stock Transfer** | 48,971.70 |
| **Erich Courant & Co.** | 11,844.00 |
| **ETEG** | 80.00 |
| **Exxon Mobile** | 135.36 |
| **Fabre Technologies, LLC** | 37,382.11 |
| **Famous Original Rays** | 235.58 |
| **FedEx** | 8,317.34 |
| **Figma** | 2,188.39 |
| **Fletcher, Heald & Hildreth** | 1,625.00 |
| **Florida Department of Revenue** | 830.03 |
| **Florida U.C. Fun** | 75.00 |
| **Forwarder** | 179.70 |
| **Frankfurt Kurnit Klein & Selz PC** | 196,553.00 |
| **GitHub** | 1,932.00 |
| **GoDaddy** | 32,967.02 |
| **Gold Leaf Consulting Limited** | 119,774.83 |
| **GoodHire** | 8,906.24 |
| **Google** | 15,048.33 |
| **GrubHub Seamless** | 56,800.72 |
| **Guidepost Solutions, LLC** | 6,000.00 |
| **Gurock Software** | 1,755.00 |
| **GXC, Inc.** | 13,215.00 |
| **Hale & Hearty Soup** | 565.06 |
| **Himalaya Ventures, LLC** | 700,100.00 |
| **Home Clean Home Inc.** | 8,165.63 |

| | |
|---|---:|
| **Hongxing Geng** | 29,845.00 |
| **Hongyu Zhu** | 3,043.00 |
| **HP** | 55.50 |
| **Ian Everhart** | 3,043.00 |
| **Il Fornaio** | 365.23 |
| **IMG.LY** | 17,025.28 |
| **Imperius International Trade Co., LTD** | 57,157.24 |
| **Indeed.com** | 35,901.07 |
| **Indium Software Inc** | 231,346.50 |
| **Innovative Insurance Group** | 864.76 |
| **Intuit** | 1,461.35 |
| **J2 EFax Services** | 186.45 |
| **Jackson Lewis P.C.** | 26,950.40 |
| **JAMF Holdings, Inc.** | 16,088.16 |
| **JDM Staffing Corp.** | 82,500.00 |
| **Jet Blue** | 2,013.80 |
| **John P Morgan** | 37,500.00 |
| **Jon Michael Adams** | 41,035.58 |
| **La Maison Du Chocolat** | 249.00 |
| **Lawall & Mitchell, LLC** | 74,322.64 |
| **Lexington Hardware & Electrical Co** | 5.86 |
| **Lexolution LLC** | 72,982.50 |
| **Lili Group Inc** | 282.97 |
| **LinkedIn** | 18,327.09 |
| **Lokalise** | 2,651.05 |
| **Loyens & Loeff (USA) B.V. LLC** | 22,514.30 |
| **Lyft** | 827.79 |
| **Mailgun Technologies** | 15,960.07 |
| **Mailjet Inc.** | 41.95 |
| **Marcum LLP** | 27,077.92 |
| **Mavrides, Moyal, Packman & Sadkin, LLP** | 12,755.00 |
| **Max Krasner** | 37,500.00 |
| **McDermott Will & Emery LLP** | 69,213.58 |
| **Medical Offices of Manhattan** | 470.00 |
| **Microsoft** | 26,679.28 |
| **Milo Kleinberg Design Associates, Inc.** | 45,925.02 |
| **Min Chen** | 37,363.05 |
| **Misc.** | 66,811.47 |
| **Modsquad** | 31,244.85 |
| **Morvillo Abramoqitz Grand Iason & Anello P.C.** | 189,903.56 |
| **MTA** | 3,581.00 |
| **Murhy Corider PLC** | 120.00 |
| **Nardello & Co LLC** | 240,021.24 |
| **Navex Global, Inc.** | 948.80 |
| **New York Business Systems** | 4,463.88 |
| **O'Neal Webster** | 20,000.00 |
| **OAPPS** | 568.94 |

| | |
|---|---:|
| **Oasis Tech Limited** | 830,000.00 |
| **Ocorian Consulting Ltd.** | 54,315.00 |
| **Ombu Grill** | 405.38 |
| **OneTrust** | 10,033.92 |
| **Pak SIU Leung** | 90,090.00 |
| **Parker & Lynch** | 17,000.00 |
| **Peiru Luo** | 70,050.00 |
| **Perfect Moving and Storage** | 600.00 |
| **PJM and Sons Inc.** | 1,077.86 |
| **Postman Inc** | 8,043.90 |
| **Postmarkapp.com** | 1,200.00 |
| **Premiere Accounting Solutions Limited** | 1,103,962.00 |
| **ProtonMail** | 82.36 |
| **Pubnub Inc** | 5,000.00 |
| **QuickBooks Payments** | 30.00 |
| **Ready Refresh** | 1,954.16 |
| **Reuters News Media** | 15,060.34 |
| **Rhino Camera Gear** | 2,779.44 |
| **Roadway Movers** | 785.60 |
| **Rosa Rosa** | 10,789.53 |
| **RSS.APP** | 19.99 |
| **S. Wan Café & New Jam Boat** | 113.20 |
| **Scott Barnett** | ==115.08== |
| **Sentry** | 31.58 |
| **Siskinds LLP** | 936.52 |
| **Smartdraw Software** | 119.40 |
| **Sollis Health** | 3,000.00 |
| **Souken Trading Co LTD** | 64,550.01 |
| **Sprinkles** | 116.00 |
| **Stamps.com** | 39.18 |
| **Stokes Lawernce** | 18,916.25 |
| **Streamyard** | 468.00 |
| **SweetHawk** | 470.00 |
| **Task Rabbit** | 55.57 |
| **TC Consultant Inc.** | 21,000.00 |
| **Teris LLC** | 12,727.45 |
| **The Hartford** | 2,287.61 |
| **The Hive** | 200.00 |
| **The Home Depot** | 441.29 |
| **The Law Firm of Ricki S. Friedman PLLC** | 4,387.50 |
| **The London West Hollywood Hotel** | 25,256.97 |
| **Thistle Interiors Inc** | 31,478.17 |
| **TKXEL, LLC** | 6,400.00 |
| **Transcomputing Technologies** | 30,442.15 |
| **Travelers Business** | 3,885.67 |
| **Tsang Yan Yan** | 20,000.00 |
| **TSP International, LLC** | 31,200.00 |

| | |
|---|---:|
| **TT Resources 1 PTY LTD** | 2,094,018.00 |
| **Twilio Inc** | 20.00 |
| **Uber** | 3,117.48 |
| **Uber Eats** | 19.01 |
| **UPS** | 3,012.12 |
| **USPS** | 4.10 |
| **Versace USA, Inc.** | 91,070.15 |
| **Vibe** | 0.00 |
| **Vimeo, Inc.** | 13,609.39 |
| **VVA, LLC** | 16,500.00 |
| **Wachtel Missry LLP** | 5,625.50 |
| **WageWorks, Inc.** | 2,993.50 |
| **Walden Macht & Haran LLP** | 17,705.00 |
| **WeWork** | 4,517.70 |
| **Wowza Media Systems** | 311.81 |
| **Xinfang Zhang Markham** | 30,000.00 |
| **Xing Liang** | 51,754.00 |
| **Yamibuy** | 71.94 |
| **Yanping Wang** | 34,500.00 |
| **Yarmuth LLP** | 47,166.43 |
| **Yinying Wang** | 9,000.00 |
| **Yue Guo** | 20,000.00 |
| **Yue Zhu** | 87,000.00 |
| **Yvette Wang** | 26,310.05 |
| **Zeidman Consulting** | 10,000.00 |
| **Zendesk Inc** | 38,086.08 |
| **Zeplin** | 4,551.58 |
| **Zixi Meng** | 7,657.31 |
| **Zoom** | 7,153.76 |
| **Not Specified** | -6,640,815.01 |
| **TOTAL** | $ 10,513,303.68 |

Thursday, Jan 06, 2022 01:27:26 PM GMT-8 - Accrual Basis