**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
       Debtor. : (Jointly Administered)
---------------------------------------------------------x
:
LUC A. DESPINS, Chapter 11 Trustee, : Adv. Proceeding No. 23-05017
:
       Plaintiff, :
:
v. :
:
TAURUS FUND LLC, :
SCOTT BARNETT, as trustee of TAURUS :
FUND LLC, and :
TAURUS MANAGEMENT LLC, as trustee :
of TAURUS FUND LLC, :
:
       Defendants. :
---------------------------------------------------------x

**EXHIBIT LIST OF CHAPTER 11 TRUSTEE IN CONNECTION WITH HEARING ON AUGUST 14, 2023 RELATED TO CHAPTER 11 TRUSTEE'S MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

      Plaintiff Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, provides the exhibit list attached hereto as **Exhibit A** for the August 14,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).


2023 hearing (the "Hearing") on the *Chapter 11 Trustee's Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. Docket No. 4] (the "PI Motion") before the Hon. Julia A. Manning, United States Bankruptcy Court for the District of Connecticut (Bridgeport), Courtroom 123, 915 Lafayette Blvd., Bridgeport, CT.

The Trustee reserves the right to supplement or amend this list.  The Trustee further reserves the right to introduce additional exhibits for authentication, rebuttal or impeachment purposes.

Dated:    August 14, 2023              LUC A. DESPINS,
          New York, New York            CHAPTER 11 TRUSTEE


                                        By: */s/ Nicholas A. Bassett*
                                            Nicholas A. Bassett (admitted *pro hac vice*)
                                            Paul Hastings LLP
                                            2050 M Street NW
                                            Washington, D.C., 20036
                                            (202) 551-1902
                                            nicholasbassett@paulhastings.com

                                                *and*

                                            Avram E. Luft (admitted *pro hac vice*)
                                            Douglass Barron (admitted *pro hac vice*)
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 318-6079
                                            aviluft@paulhastings.com
                                            douglassbarron@paulhastings.com

                                                *and*

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

[*Remainder of page intentionally left blank*]

## Exhibit A

**Chapter 11 Trustee's Exhibit List in Connection with August 14, 2023 Hearing**

**Chapter 11 Trustee's Exhibit List in Connection with August 14, 2023 Hearing**

| Tab | Name of Document |
|---|---|
| 1 | Trustee's Certificate of Service re TRO [Docket No. 18] |
| 2 | Deed of Mahwah Mansion, recorded on December 16, 2021 |
| 3 | Article of Organization of Taurus Fund LLC |
| 4 | Taurus Fund Current Status (in default) listed on website of Secretary of State of Nevada |
| 5 | Email on June 20, 2023, from Aaron A. Romney to the Trustee, Stephen Kindseth and Eric Henzy on Scott Barnett picking up personal items of the Debtor in the Sherry Netherland |
| 6 | New York Automobile Declaration Page, by and between AIG Property Casualty Company and Golden Spring (New York) Ltd, for the policy period between April 1, 2022 and April 1, 2023, identifying Scott Barnett as one of the drivers of the luxury cars owned by Golden Spring. |
| 7 | Check to Scott Barnett from Greenwich Land, LLC, on February 2, 2021, for an amount of $619.99 |
| 8 | Lexington Property Expenses by Vendor Summary, January – December 2021, Scott Barnett was paid $115.08 by Lexington Property |
| 9 | Articles of Organization of Taurus Management LLC |
| 10 | Registration of Mahwah Mansion with the National Register of Historic Places, dated May 23, 1997, under the US Department of the Interior, National Park Service |

| Tab | Name of Document |
|---|---|
| 11 | Mahwah Mansion Listing Information by Christie's International Real Estate Group at https://www.christiesrealestate.com/nnj/sold/detail/607-l-82287-f444400735/mahwah-nj-07430 |
| 12 | Lexis Public Record Comprehensive Person Report of the Debtor, listing Mahwah Mansion as the Debtor's address |
| 13 | FBI Picture: Brioni custom-made suits with hand-stitched words "Brioni for Miles Kwok" found in the Mahwah Mansion |
| 14 | FBI Picture: Debtor's international driving permit and New York's learner's permit found in Mahwah Mansion |
| 15 | FBI Picture: Debtor's family pictures found in Mahwah Mansion |
| 16 | FBI Picture: Certificate of authenticity for a Ferrari automobile addressed to Debtor found in the Mahwah Mansion |
| 17 | FBI Picture: Debtor's prescription medication found in Mahwah Mansion |
| 18 | FBI Picture: Debtor's Hong Kong Permanent Identity Card found in Mahwah Mansion |
| 19 | FBI Picture: Cedric Dupont Antiques invoice found in Mahwah basement |
| 20 | *Corrected Memorandum of Decision Granting in Part Motion for Preliminary Injunction*, (Adv. Proc. No. 22-05032, Jan. 13, 2023) [Docket No. 133] |
| 21 | Video Exhibit: First Video Tour of Mahwah, dated April 12, 2023, by Nicole and Qidong Xia, https://gettr.com/streaming/p2e8f16c734 |

| Tab | Name of Document |
|---|---|
| 22 | <u>Video Exhibit</u>: Kwok live broadcast on his personal Gettr account @milesguo in Mahwah Mansion on January 11, 2023 https://gettr.com/live/milesguo?v=63bed46fc44fd9002eb34d8d |
| 23 | <u>Video Exhibit</u>: Kwok live broadcast on his personal Gettr account @milesguo in Mahwah Mansion on February 19, 2023 https://gettr.com/streaming/p28sypo9110 |
| 24 | <u>Video Exhibit</u>: April 12, 2023, NFSC Homepage Article with Video: NFSC Fellow Fighter Feels that the Air at the NFSC Base is Sweet, https://nfscofficial.com/2023/04/12/nfsc-fellow-fighter-feels-that-the-air-at-the-nfsc-base-is-sweet/ (source is in English) |
| 25 | <u>Video Exhibit</u>: April 16, 2023, NFSC Official Homepage Article with Video: Fellow Fighters are Excited to Leave their Footprints on the Base of the NFSC, https://nfscofficial.com/2023/04/16/fellow-fighters-are-excited-to-leave-their-footprints-on-the-base-of-the-nfsc/ (source is in English) |
| 26 | <u>Video Exhibit</u>: April 19, 2023, NFSC Official Homepage Article with Video: Everything Mr. Miles Guo has Prepared for the Fellow Fighters in the NFSC Base (Mahwah Mansion) is the Best, https://nfscofficial.com/2023/04/19/everything-mr-miles-guo-has-prepared-for-the-fellow-fighters-in-the-nfsc-base-is-the-best/ (source is in English) |
| 27 | <u>Video Exhibit</u>: June 4, 2023, NFSC 3rd Anniversary Event Held in Mahwah Mansion, live stream https://gettr.com/streaming/p2isujs2847 |
| 28 | Decision & Order, *PAX v. Kwok*, Index No. 652077/2017 (N.Y.Sup.Ct. Feb 9, 2022) [Docket No. 1181] |
| 29 | Criminal Indictment of Kwok and William Je, *United States v. Kwok et al.*, 23 Cr. 118, filed Mar. 6, 2023 [ECF No. 2] |