## Exhibit 15

