**<u>Exhibit 17</u>**

