LAZARE POTTER GIACOVAS & MOYLE LLP
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for Taurus Fund LLC and*
*Taurus Management LLC, as Trustee of Taurus Fund*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee, | Adv. Pro. No. 23-05017 (JAM) |
| Plaintiff, | |
| v. | |
| TAURUS FUND LLC, SCOTT BARNETT, as trustee of TAURUS : FUND LLC, and TAURUS MANAGEMENT LLC, as trustee of TAURUS FUND LLC, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Taurus Fund LLC and Taurus Management LLC, as Trustee of Taurus Fund ("Taurus"), by and through its undersigned counsel, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in this case or any related adversary proceeding, and all papers served or required to be served in this case be given and

served upon:

> Michael T. Conway, Esq.
> Lazare Potter Giacovas & Moyle LLP
> 747 Third Avenue, 16th Floor
> New York, NY 10017
> Telephone: (917) 242-1597
> mconway@lpgmlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Taurus intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Taurus's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Taurus's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Taurus's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defense, setoffs, or recoupments to which Taurus is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments Taurus expressly reserves. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: August 14, 2023
     New York, New York

                                                                Lazare Potter Giacovas & Moyle LLP

                                                                 By: /s/ Michael T. Conway

                Michael T. Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for Taurus Fund LLC and Taurus Management LLC, as Trustee of Taurus Fund*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2023, a copy of the Notice of Appearance and Request for Service of Papers was served on all parties of record via CM/ECF.

Dated: August 14, 2023

By: //s/ Michael T. Conway
Michael T. Conway