

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

**Michael T. Conway**
Direct: (212) 784-2404
Mobile: (917) 242-1597
mconway@lpgmlaw.com

August 14, 2023

**Via ECF**

Hon. Julie A. Manning
United States Bankruptcy Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT  06604

    Re:    *Luc A. Despins, Chapter 11 Trustee v. Taurus Fund LLC, et al.*
               AP Case No. 23-05017 (JAM); Status of Taurus Fund LLC

Dear Judge Manning:

    As you know, this firm represents Defendants Taurus Fund LLC and Taurus Management LLC, as Trustee of Taurus Fund in the above-referenced matter.

    Today, given the amount of time spent on the issue of whether Taurus Fund LLC was in good standing in the State of Nevada, I looked into it and, as you can see from the attached, Taurus Fund LLC is again in good standing. Any concern that Taurus Management LLC might somehow be entitled to sell the assets owned by Taurus Fund LLC is unfounded.

                                                  Respectfully,

                                                  Michael T. Conway

MTC/

Cc: All counsel via ECF

**STATE OF NEVADA**

*FRANCISCO V. AGUILAR*
*Secretary of State*

*GABRIEL DI CHIARA*
*Chief Deputy*



**OFFICE OF THE**
**SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Business Entity - Filing Acknowledgement

08/14/2023

| | |
|---|---|
| **Work Order Item Number:** | W2023081401614 - 3087168 |
| **Filing Number:** | 20233411979 |
| **Filing Type:** | Annual List |
| **Filing Date/Time:** | 08/14/2023 15:52:02 PM |
| **Filing Page(s):** | 2 |

**Indexed Entity Information:**

**Entity ID:** E19617372021-7  **Entity Name:** Taurus Fund LLC
**Entity Status:** Active  **Expiration Date:** None

Commercial Registered Agent
GG INTERNATIONAL
6628 SKY POINTE DR. STE 129, LAS VEGAS, NV 89131, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*FVAguilar*

FRANCISCO V. AGUILAR
Secretary of State

**Commercial Recording Division**
202 N. Carson Street



**FRANCISCO V. AGUILAR**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ **ANNUAL**  ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

| Taurus Fund LLC | NV20212306134 |
|---|---|
| NAME OF ENTITY | Entity or Nevada Business Identification Number (NVID) |

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

*IMPORTANT:* Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☐ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is: _____

☐ Nonprofit Corporation (see nonprofit sections below)

☑ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

| Filed in the Office of | Business Number |
|---|---|
| *F V Aguilar* | E19617372021-7 |
|  | Filing Number |
|  | 20233411979 |
| Secretary of State | Filed On |
| State Of Nevada | 08/14/2023 15:52:02 PM |
|  | Number of Pages |
|  | 2 |

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

| **CHECK ONLY IF APPLICABLE** |
|---|
| Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. |
| ☐ 001 - Governmental Entity |
| ☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____ |
| **For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below. |
| ☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002 |
| **For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license. |
| ☐ Unit-owners' Association   ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c) |
| **For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box |
| Does the Organization intend to solicit charitable or tax deductible contributions? |
| ☐ No - no additional form is required |
| ☐ Yes - the "Charitable Solicitation Registration Statement" is required. |
| ☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required |
| **\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\*** |



**FRANCISCO V. AGUILAR**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website:  www.nvsos.gov
                www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

CORPORATION, INDICATE THE <u>MANAGER</u>:

| Name | Country |
|---|---|
| Taurus Management LLC | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| 6628 Sky Pointe Dr Ste 129-1071 | Las Vegas | NV | 89131 |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X    Lura Barua**

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** FORM WILL BE RETURNED IF UNSIGNED

**Title:** Authorized Representative

**Date:** 08/11/2023



# NEVADA STATE BUSINESS LICENSE

### Taurus Fund LLC

**Nevada Business Identification # NV20212306134**
**Expiration Date: 12/31/2023**

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived**.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 08/14/2023.



Certificate Number: B202308143877464
You may verify this certificate online at http://www.nvsos.gov

FRANCISCO V. AGUILAR
Secretary of State