UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                      :
In re:                                                : Chapter 11
                                                      :
HO WAN KWOK, *et al.*,[1]                             : Case No. 22-50073 (JAM)
                                                      :
       Debtor.                                    : (Jointly Administered)
------------------------------------------------------x
                                                      :
LUC A. DESPINS, Chapter 11 Trustee,                   : Adv. Proceeding No. 23-05017
                                                      :
       Plaintiff,                                 :
                                                      :
v.                                                    :
                                                      :
TAURUS FUND LLC,                                      :
SCOTT BARNETT, as trustee of TAURUS                   :
FUND LLC, and                                         :
TAURUS MANAGEMENT LLC, as trustee                     :
of TAURUS FUND LLC,                                   :
                                                      :
       Defendants.                                :
------------------------------------------------------x

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE IN CONNECTION WITH
CERTIFICATE OF SERVICE REGARDING ORDER EXTENDING
<u>TEMPORARY RESTRAINING ORDER ON SCOTT BARNETT</u>**

**PLEASE TAKE NOTICE** that, on August 15, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the "<u>Debtor</u>"), filed the *Certificate of Service Regarding Order Extending*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Temporary Restraining Order on Scott Barnett* [Adv. Proc. Doc No. 36] (the "Certificate of Service").

**PLEASE TAKE FURTHER NOTICE** that, as previewed in the Certificate of Service, the Trustee hereby submits, attached as **Exhibit A** hereto, the Affidavit of Service prepared by the process server, describing personal service on Scott Barnett of the *Order Extending Temporary Restraining Order* [Adv. Proc. Doc No. 34].

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: August 16, 2023

New Haven, Connecticut

LUC A. DESPINS,

CHAPTER 11 TRUSTEE

/s/ *Douglass Barron*
Avram E. Luft *(pro hac vice)*
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

## Exhibit A

**(Affidavit of Service of Order Extending Temporary Restraining Order on Scott Barnett)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------X
In re:                                                                                         Case No. 22-50073
HO WAN KWOK
        Debtor.                                                      AFFIDAVIT OF SERVICE

LUC A. DESPINS, CHAPTER 11 TRUSTEE,
        Plaintiff,                                                     Adv. Proc. No. 23-05017

TAURUS FUND LLC, et al.,
        Defendants.
--------------------------------------------------------X
STATE OF NEW YORK      )
                         S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 15th day of August, 2023, at approximately 2:12 PM, deponent served a true copy of the **ORDER EXTENDING TEMPRORARY RESTRAINING ORDER** upon Scott Barnett at 218 Elsie Avenue, Merrick, New York, by personally delivering and leaving the same with Patty Barnett, Wife, a person of suitable age and discretion at that address, the actual place of residence.

        Patty Barnett is a white female, approximately 50 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 145 pounds with blonde hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
16th day of August, 2023

_____
NOTARY PUBLIC

Maritza Bravo
Notary Public State of New York
No. 01BR6376062
Qualified in Bronx County
My Commission Expires June 4 2024

Metro Attorney Service Inc 305 Broadway 7th Floor New York New York 10007 212.822.1421 NYC DCA#1320502