**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | |
| | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proceeding No. 23-05017 |
| TAURUS FUND LLC, | RE: ECF No. 70 |
| SCOTT BARNETT, as trustee of TAURUS FUND LLC, and | |
| TAURUS MANAGEMENT LLC, as trustee of TAURUS FUND LLC, | Adv. Proceeding No. 23-05005 |
| Defendants. | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | |
| GREENWICH LAND, LLC and HING CHI NGOK, | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR STATUS CONFERENCE TO DISCUSS PRESERVATION OF PROPERTY OF ESTATE AND ORDERING CERTAIN COUNSEL TO APPEAR AT STATUS CONFERENCE

UPON CONSIDERATION OF the Emergency Motion of Chapter 11 Trustee Luc A. Despins (the "Trustee") requesting an emergency status conference to discuss the preservation of property of the estate, and good cause having been shown, it is by the Court, hereby

ORDERED: The Emergency Motion is granted as set forth herein; and it is further

ORDERED: An emergency status conference is scheduled at October 24, 2023, 1:00 PM via ZoomGov.com Parties are to contact calendarconnect_bpt@ctb.uscourt.gov for ZoomGov.com information and it is further

ORDERED: Counsel for Taurus Fund LLC and counsel for Greenwich Land, LLC are to appear at the Status Conference.

Dated at Bridgeport, Connecticut this 23rd day of October, 2023.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut