LAZARE POTTER GIACOVAS & MOYLE LLP
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for Taurus Fund LLC, Scott Barnett, as Trustee of*
*Taurus Fund and Taurus Management LLC, as Trustee of Taurus Fund*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee, | Adv. Pro. No. 23-05017 (JAM) |
| Plaintiff, | |
| v. | |
| TAURUS FUND LLC, SCOTT BARNETT, as trustee of TAURUS : FUND LLC, and TAURUS MANAGEMENT LLC, as trustee of TAURUS FUND LLC, | |
| Defendants. | |

**AMENDED VERIFIED RESPONSE RE: TRO**

Pursuant to the requirement that Taurus Fund LLC "identify to the Trustee and to the Court: (i) any and all property and assets of Taurus Fund; and (ii) any and all personalty and/or fixtures located in or on the Mahwah Mansion," the following information is provided:

**Assets of Taurus Fund LLC**:

    **Real Property**: 675 Ramapo Valley Road, Mahwah, NJ 07430.

    **Personalty**:

19th Century Irish Mahogany Center Table;

Antique French Louis XVI Gilt Bronze Three Part Fire Screen Embellished With Gilt Bronze Floral Wreaths, Drapery and a Central Tripod Urn Depicting Fire, 19th Century;

Guinivere Bed – Modern Curved Bed in a Luxury Charcoal Velvet;

"Chan" Chinoiserie Hexagonal Side Table;

"Chan" Chinoiserie Pedestal;

Philip and Kelvin LaVerne "Chan" Coffee Table;

Amuneal's Brass Pantry;

Italian 19th Century Rococo Carved Giltwood Figural Mirror, circa 1850;

Art Deco Venetian Etched & Beveled Mirror w/ Stylized Floral Motifs;

19th Century Large Scale French Rococo Carved and Giltwood Mirror;

Chinese Chippendale Gilt Wood Wall or Console Mirror, Monumental;

English Chinese Chippendale Style Giltwood Wall Mirror;

Antique Chinese Export Cast Brass Pair of Foo Dogs;

Asym Daybed;

Arts & Crafts Hand Hammered Iron Log Holder;

Napoleon III French Ormolu Fireplace Log Cradle Holder, Centerpiece;

Modernist Black Metal and Brass Log Holder / Magazine Rack;

Pair of Regency Bronze Tripod Torcheres;

Pair of Seven-Light Bronze Floor Torchiers;

Pair of 18th Century Italian Wrought Iron Torcheres;

Etro Home Interiors Caral Bed in Velvet (for mattress L 200 D 200);

Pair of Lanterns for Leanne;

Louis XVI Style Gilt-Bronze Five-Light Sconces (4);

Pair of Antique Carved Wood Italian Wall Sconces with Monkeys;

Kaiseer Brown and Clear Flush Mount, Germany, 1960;

Monumental Chandelier in Louis XVI Style, According to J.-B. Klagmann;

Artistic Sconce 1 Light Crystal Ribbed Murano Glass Heritage by Multiforme (11);

Pair of French Carved Weathered Stone Lions Sculptures Garden Statuary;

Leucos Pascale PL Ceiling Light in Crystal and Polished Steel by Design Lab;

Pair of 19th Century French Bronze Lanterns;

Floor Lamp Lampshade Silk Black Blue Red or Yellow Fringes Mixed (4);

"Les Chine Cocktail Table" with legs etched with Chinese scenes in patinated bronze and pewter with hand-painted enamels by Philip & Kelvin LaVerne 1960's (signed);

Large unique coffee table in patinated bronze and pewter with turtle table abstract design on top by Philip & Kelvin LaVerne, American 1960's (signed);

Wall hanging "Chinoi Plaque #4" in patinated bronze and pewter painted with enamels by Philip & Kelvin LaVerne, American 1960's (signed Philip Kelvin LaVerne);

Wall sculpture, Venus Contemplating, in patinated etched bronze with figural motif in hand-applied polychrome enamels by Philip & Kelvin LaVerne, 1960's signed;

"Still Life Musicale" a large abstract expressionist painting on bronze with vibrant hand-applied enamels by Philip & Kelvin LaVerne, American 1960's (signed);

"Eternal Forest" coffee table in patinated bronze and pewter with hand painted

3

polychrome enamels by Philip and Kelvin LaVerne, American 1960's (signed on top);

"Eternal Forest" round game table in patinated bronze and pewter with hand-painted multicolor enamels by Philip & Kelvin LaVerne, American 1960's (signed);

Large coffee table with "Marriage Whirl" motif in patinated bronze and pewter with painted enamels on a bronze base by Philip & Kelvin LaVerne, 1960's (signed on top);

"Kuan Su" coffee table in patinated bronze and pewter with hand-applied polychrome enamels by Philip & Kelvin LaVerne, American 1960's (signed);

"K'ang Hsi" extension table in etched and patinated pewter and bronze with hand-painted enamel colors by Philip & Kelvin LaVerne, American 1960s signed;

"Punto '83" table in stainless steel with mesh tabletop with adjustable height and adjustable petals by Gabriella Crespi, Italy 1982;

Chippendale center/hall table, hexagonal with cabriole legs and claw feet with exquisitely carved details and figured marble top,18th C;

Antique French Louis XVI Gilt Bronze Mounted Boulle and Silvered Bronze Rectangular Form Desk/ Center Table of Exceptional Craftsmanship Embellished With Fine Detail and Adorned With Gilt Bronze Figural Masks, 19th Century;

Pair of Palatial Antique French Louis XVI Gilt Bronze, Patina Bronze & Wood Marble Top Figural Center Table of Superb Craftsmanship Embellished With Four Gilt Bronze Legs Adorned With Four Patina Bronze Figures of Mermaids, Ca.1900;

Antique French Louis XVI Hand Carved Gilt Wood Mirror of Exquisite Workmanship With Unique Domed Arch On The Top and Beveled Border, 19th Century;

Pair of Large Antique French Louis XVI Gilt Bronze Floor Torcheres of Exceptional Craftsmanship and Substantial Size. This Pair of Unique Torcheres Are Embellished With

Figural Masks of Lions Releasing Draperies On Paw Feet & Further Adorned With Gilt Bronze Arms, 1800's;

A Set of 4 Superb Large Antique French Louis XVI Gilt Bronze Three Light Wall Sconces of Fine Quality and Detail Embellished With Three Arms and Further Adorned With a Bow On The Top, 19th Century;

A Large Antique French Louis XVI Chinoiserie Gilt Bronze Mounted Black Lacquer Marble Top Commode of Exquisite Workmanship Embellished With Multi Color Red Enameled and Gilted Hand Done Chinoiserie Scenes Depicting Figures and Celebrations Further Adorned With Super Gilt Bronze Mounts, 19th Century;

Italian Murano Glass Mirror of Fine Quality Embellished With Hand Blown Glass Rods and Further Adorned With Blown Glass Flowers, 20th Century;

Antique French Louis XVI Hand Carved Gilt Wood Mirror of Superb Detail Embellished With Floral Wreaths and a Crown On The Top, Ca.1920's;

Large Gilt Bronze Neoclassical Figural Fire Fender Chenets of Superb Craftsmanship Embellished With Neoclassical Motifs and Swans By E.F. Caldwell, 19th Century;

Pair of Large Antique French Louis XVI Hand Carved Gilt Wood Mirrors of Exceptional Quality Embellished With Hand Carved Reticulated Gilt Wood Leaves, 19th Century;

Pair of Large Antique French Empire Neoclassical Gilt Bronze Multi Light Double Tier Candelabras of Superb Quality, 19th Century;

Pair of Exceptional and Monumental Antique French Louis XVI Hand Carved Gilt Wood Rectangular Form Mirrors of Superb Quality Embellished With Figural Masks, 19th Century;

Set of 8 Magnificent Antique French Louis XVI Gilt Bronze Three Light Wall Sconces of Superb Detail Embellished With a Central Flaming Urn On The Top and Wreaths On The

Bottom, 19th Century;

Large Antique French Empire Neoclassical Multi Light Gilt Bronze Chandelier; Embellished With Fine Gilt Bronze Floral Wreaths and Further Adorned With Cut Crystal Glass Shades, 19th Century;

Pair of Exceptional and Large Antique French Empire Patinated Bronze Floor Torchere Lamps of Great Quality, 19th Century;

Antique and Rare Antique French Louis XVI Hand Chiseled Gilt Bronze Rectangular Mirror of Finest Detail Embellished With An Arch On The Top, 19th Century;

Large Antique French Louis XVI Steel and Gilt Bronze Smokey Mirrored Top Coffee Table of Great Quality, By Jansen, Paris, Mid 20th Century;

Pair of Palatial and Large French Empire Neoclassical Gilt and Patinated Bronze Torchieres of Fine Detail Embellished With Roman Helmets, Greek Key Motif and X Form Rods With a Large Circular Dish On The Top, 20th Century;

Set of 8 Unique Antique French Louis XVI Gilt and Patinated Bronze Multi Arm Wall Sconces of Superb Craftsmanship Embellished With Figural Masks and Further Adorned With Floral Wreaths, 19th Century;

Large Antique French Louis Gilt Bronze Mounted Mahogany Leather Top Multi Drawer Desk By Françoise Linke. of Serpentine, Kneehole Form; Constructed In Kingwood, and Dressed With Very Fine Gilt Bronze Mounts; Rising From Cabriole Legs Dressed With Bronze Sabots, Issuing Foliate Form Mounts Conjoining The 'C' Scroll Espagnolettes and The Front and Rear Shaped Framework; a Central Long Drawer Above The Central Kneehole, and Two Flanking Deep Drawers, All Lockable, and Dressed With Gilt Bronze Handles; The Platform Having An Outer Gilt Bronze Guard Rail, and An Inset Tooled Leather Writing Surface, By F.

Linke French, 19th Century;

A Large Antique French Empire Neoclassical Multi Light Gilt and Patinated Bronze Chandelier of Superb Workmanship Embellished With Gilt Bronze Rods and Gilt Patinated Bronze Canopy on the Top, 19th Century;

Pair of Antique French Louis XVI Gilt Bronze Double Light Wall Sconces of Fine Quality Embellished With Flowers and Neoclassical Motifs, 19th Century;

Large Antique French Louis XVI Multi Light Double Tier Gilt Bronze Figural Chandelier Mercury Gilding Embellished With Gilt Bronze Figures and Figural Masks, 19th Century;

Pair of Large Antique French Louis XVI Gilt Bronze Double Tier Multi Light Wall Sconces of Great Quality Embellished With Ribbons On The Top, 19th Century;

Pair of Antique French Louis XVI Gilt Bronze Figural Double Light Wall Sconces Embellished With Mermaid Figures, 19th Century;

Set of 4 Elegant Antique French Neoclassical Empire Gilt Bronze & Patinated Bronze Figural Three Light Wall Sconces, 19th Century;

Pair of Antique French Louis XVI Gilt Bronze Double Light Wall Sconces Embellished With Beautiful Ribbons On The Top, 19th Century;

Set of 4 Antique French Louis XVI Signed Baccarat Figural Gilt Bronze and Cut Crystal Multi Light Wall Sconces Embellished With Figural Maks of Cupids, 19th Century;

Pair of Antique French Empire Gilt Bronze Multi Light Wall Sconces of Superb Quality, 19th Century;

Large Antique French Louis XVI Figural Gilt Bronze Mounted Black Lacquer Double Drawer Marble Top Commode Embellished With Gilt Bronze Figures of Ladies, 19th Century;

Antique French Louis XVI Gilt Bronze Military Sconces Embellished With Military Instruments In Relief 19th Century;

Pair of Large Antique French Louis XVI Gilt Bronze Double Light Wall Embellished With Tassels On The Bottom, 19th Century;

Antique French Empire Figural Gilt Bronze Multi Light Chandelier Embellished With Figures Holding The Arms and Further Adorned With Gilt Bronze Swans, 1920's;

Tall Antique French Louis XVI Gilt Bronze Three Light Floor Lamp. Ca.1920's;

Very Large French Louis XVI Gilt Bronze Multi Light Lantern of Fine Detail Embellished With Intricate Gilt Bronze Motifs In Relief, 20th Century;

Pair of Large French Louis XVI Gilt Bronze Multi Light Wall Sconces of Fine Detail Embellished With Neoclassical Motifs and Floral Wreaths, 20th Century;

Pair of Antique French Louis XVI Gilt Bronze Three Light Wall Sconces With Fluted Backs, 19th Century;

Large Antique French Empire Neoclassical Gilt and Patinated Bronze Multi Light Chandelier of Exquisite Craftsmanship Embellished With A Central Bronze Neoclassical Figure, 19th Century;

Antique French Louis XVI Gilt Bronze and Glass Multi Light Octagonal Form Lantern, Ca.1900;

Multi Tier 48 Light Baccarat Crystal Chandelier Embellished With 48 Crystal Arms Adorned With Crystal Prisms, Chains, Bells and Finally Completed by a Large Crystal Central Dish on the Bottom Signed By Baccarat, Paris. 20th Century;

Set of 4 t Large Antique French Louis XVI Gilt Bronze and Glass Multi Arm Lantern Chandeliers Embellished With Curved Glass Panels With Original Canopies and Chains, 19th

Century;

Crema Classic Marble Planter Pair;

Roman Travertine Planter Pair;

Luxurious Marble Planter Pair;

French Limestone Planter Pair;

Carved Italian Roman Travertine Urn;

Console with Marble Top;

Pair of Marble Stands;

Mic. Mirrors (9);

Pair of Pedestals;

Lantern;

Contemporary Poseidon Bed with Nightstands (Ebony Veneer, Brass, Velvet);

Hollywood Regency Style Brass Vintage Umbrella Stand 1970s Italy;

French Cast Iron Umbrella Stand;

Enameled Cast Iron Umbrella and Stick Stand with Stork and Fish Sculpture;

Early 20th Century Italian Oakwood and Wien Straw Umbrella Stand;

Modern Green Velvet Armchair Cactus Shape with Gold Swivel Base;

Pair of Gilt Bronze Curtain Tie Backs;

Collection of 21 Curtain Tie Backs for Gladys;

Pair of Louis XVI Style Gilt Bronze Curtain Hooks or Tie Backs;

Pair of Louis XV Style Curtain Tie Backs;

19th Century 18-Light Crystal Chandelier by Baccarat;

Small Antique Pixiu Statue, Oriental, Brass, Mythology, Figure, Victorian, 1900;

Set of Two "Back-Wing Armchair', Patricia Urquiola by Cassina;

Contemporary Resin Dining Table by Sabine Marcelis, Matte, Soap Color;

1 x Green Pendant Lamp L 35'';

3 x Red Pendant Lamp L 42'';

8 x Floor Lamp (2 Green, 2 Red, 4 Blue);

8 x Table Lamp (2 Green, 2 Red,4 Blue);

7 x Wall Lamp (6 Green, 1 Red);

Bookcase by Joachim Tenreiro in Brazilian Walnut;

Set of Four French 19th Century Renaissance St. Walnut Benches;

2022 Polaris Ranger 1000 Premium (Polaris Pursuit Camo);

Italian mid 19th century Louis XV patinated wrought iron and 9870 marble center table;

Pair of Italian 19th century Louis XV giltwood mirrors;

Pair of 19th century Italian giltwood mirrors;

Italian 18th century, circa 1780, giltwood mirror from Tuscany;

French mid 19th century Louis XV giltwood mirror with the original mirror plate;

Early 19th cent. Circa. 1830 Italian giltwood mirror;

Pair of Italian 19th century Louis XVI giltwood and white Carrara marble consoles;

French early 19th Century Louis XVI giltwood and white Carrara marble console;

French 19th century Louis XVI Vert de Patricia marble pedestal column;

Pair of French 19th century Louis XVI Ormolu and Brèche marble pedestal columns;

Italian late 19th century Baroque giltwood mirror;

Pair of French 18th century Régence period giltwood mirrors;

French mid 19th century Louis XVI double 8105 framed giltwood mirror;

10

Italian 18th century, circa 1730, Tuscan giltwood mirror;

Italian mid 19th century Baroque double framed giltwood mirrors;

French 19th century Egyptian revival Neo-Classical giltwood double framed mirror;

Italian mid 19th century Baroque double framed giltwood mirror;

Pair of Italian 19th century Louis XVI white Carrara marble pedestals;

Samsung Q900 Series QN98Q900RBF - 98" QLED Smart TV - 8K;

Brass Bookcase;

Center Table Laverne;

Chairs, Pair with Stool

Consoles (2) Laverne;

Fire Extinguishers (33);

2022 GEM E4 – Electric Cart;

Home theater systems (4) - LG Electronics LG 88" 8K TV with Bang & Olufsen Beovision Harmony 88" Speakers, Processor, Lift, and Harmony Motorized Rotating Stand;

Large scale Italian 19th century wrought iron lantern;

Largo Umbrella an Stand;

LG DLG3601V 7.4 cu.ft. Ultra Large Capacity Gas Dryer with Sensor Dry and Wi-Fi Connectivity, Graphite Steel (4);

LG WM3600HVA 4.5 cu.ft. Ultra Large Capacity Front Load Washer with AIDD, Steam and Wi-Fi Connectivity, Graphite Steel (4);

Metal Detector;

Middle Atlantic Cable Safe Cabling Wall Mount Racks with Plexi Doors (6) (CWR18-22PD);

Miele B990 Fold Down Rotary Iron;

Miele Fashion Master B3847 Ironing System;

Miele TXR860WP 24" Dryer w/ 19 Programs, FragranceDos2, M Touch interface;

Miele WXi860WCS 24" Washer, Wifi - SoftSteam, TwinDos, Quick Wash:

Mirrors with Shell Design (2);

Misc. Computer Cables, Ethernet Ports, Surge Controls and Switches;

Misc. Sconces (2);

A wood Continental gilt-bronze-mounted circular center table on a swan decorated tripod stand, late 19th century;

A wood Continental gilt-bronze-mounted circular gueridon table, late 19th century;

A wood Continental gilt-bronze-mounted writing table, late 19th century;

A Baroque style carved gilt wood frame, late 19th century;

Bar cabinet with silver applications, Schleissner & Söhne, Hanau, distribution stamp Ernst Menner, circa 1900s;

Large 19th Century Carved Wood Eagle;

Bedding throughout bedrooms;

De Baccarat, a Large French Cut Crystal 12-Light Chandelier, 19th Century;

Napoleon III French Ormolu Three-Piece Fireplace Garniture, Including a Firewood Log Cradle Holder and a Pair of Chenets;

Monumental (2) Mirrors;

Pair of Antique French Louis XVI Gilt Bronze Fire Chenets Of Fine Detail Embellished With Urns Adorned With Floral Wreaths And Further Decorated With Gilt Bronze Drapery, 19th Century;

Pair of Palatial and Tall Antique French Louis XVI Gilt Bronze Fire Chentes Embellished With Lion Figural Masks And Further Adorned With Gilt Bronze Dolphins, 19th Century;

Pair of Exquisite Antique French Louis XVI Figural Gilt Bronze Fire Chenets Embellished With Gilt Bronze Cupids Further Adorned With Urns Depicting Fire, 19th Century;

Antique French Empire Neoclassical Monumental 14 Arm Double Tier Gilt Bronze Wall Sconces (2) Embellished With a Large Gilt Bronze Lyre Musical Instrument on the Back and Further Adorned With Neoclassical Motifs and a Large Flame on the Top Depicting Fire, 19th Century;

Orbiter Lighting System With Lights; Hangers, Lenses, Housing, Camera, Tripod, Cables and Control Panel

Rugs: Antique Persian Kashan Rug, Size 11'6'' X 18'3'', Persian Silk Qum Rug, Size 6' 4'' X 8' 1'', Antique Persian Silk Tabriz Rug, Size 7'7" x 11'2", Antique Manchester Wool Kashan Rug, Size 14'6" x 26'7", Antique French Tapestry, Size 6'8" X 9'5", Antique Persian Silk Foundation Tabriz Rug, Size 13' X 20', Antique French Tapestry, Size 8' 7'' X 11' 4'', Antique Oversized Chinese Rug, Size 14'6" x 36'6", Antique Oversized Chinese Rug, Size 14'6" x 28';

Security Camera System With 59 Cameras, Hard Drives and Recorder, Facial and License Place Recognition Software, Cables and Switches;

Security Console with 3 Operator Chairs, 10 wall monitors and 2 triple monitor stands; Tower Workstation with monitor;

Drone Detection Radar System;

Touchscreen Tabletop Controls (4);

Watch Storage Box;

Yeti Sofa;

Bosendorfer 185VC Porsche #49539 w/custom bench[1];

(3) Ormolu and Sèvres Style Porcelain Jardinieres / Vases;

Ferdinand Barbedienne, French Ormolu Champleve Enamel Three-Piece Clock Set;

Cristalleries De Baccarat, a Large Pair of French Cut Crystal 18Light Torcheres;

Francois Linke, Pair of French Ormolu & Vernis Martin Vitrines;

Silver & Viennese Enamel Mounted Tortoiseshell Jewelry Cabinet Box;

Pair of French Ormolu and Patinated Bronze "Military" Candlesticks;

Louis XV Style French Ormolu-Mounted Mahogany Commode by Joseph-Émmanuel Zwiener;

Francois Linke, French Ormolu-Mounted Kingwood Vitrine Cabinet;

Napoleon III French Ormolu Fireplace Log Cradle Holder, Centerpiece;

Pair of French Louis XV Style Gilt Bronze Ormolu Chenets, circa 1880;

Cristalleries De Baccarat, a Large French Cut Crystal 12-Light Chandelier, 19th Century;

Fountain and Extra Large Pool;

Mattresses (6);

Antique French Cast Iron 18th Century Gothic Style Fire Basket with Shaped Arched Backplate;

Bidjar Carpet, Northwest Persia, 12'3" x 19' - Circa 1870;

Bidjar Carpet, Northwest Persia, 14'6" x 19'8" - Circa 1880;

Wine Racks – 18, 1 Side - 3 Bottle Deep FTC Frame Kits;

Serpentine fronted 18th century polished iron antique fire basket in the manner of Robert

---

[1] Counsel for Trustee has indicated that this piano has been removed from the premises, but this has not been confirmed.

Adam. English, circa 1790;

Late 18th Century "Summer Grate";

A small cast iron and gilt brass fire grate in the Louis XVI manner;

A small Neoclassical style cast iron and brass Victorian fire basket with fireback backplate. English, late 19th century;

A small Queen Anne style cast iron and brass antique fire basket in the Baroque manner. English, late 19th century;

A pierced and engraved steel George III antique fire grate;

A late Georgian brass and iron fire basket with an elegant silhouette;

A large cast iron and brass mounted Gothic Revival firegrate in the manner of A W N Pugin;

A large Georgian style steel and brass fire basket in the manner of Robert Adam;

A firescreen cast with floral and foliate swags over an unusual round frame which rests of four lion paw feet. French, late 19th century;

A pair of large Victorian cast iron seated lions holding polished brass blank armorial shields;

An antique terracotta sundial attributed to the Compton Pottery of Guildford. The sundial comprises a putto holding the dial and this is mounted on a Tuscan column;

A large Edwardian terracotta garden urn attributed to the Garnick Fireclay Company, Lanarkshire, Scotland;

A large pair of Scottish glazed stoneware Campan style garden urns;

A molded terracotta Doulton 19th century garden pedestal;

A pair of Victorian terracotta campana garden urns on Doulton plinths.

**Fixtures Added to Above-Referenced Real Property**[2]:

New Bathroom/Shower Tiles;

New Carpeting;

New Computer Access Points and Switches;

New pool house kitchen cabinetry, countertop, vanity and appliances, washer and dryer, bathroom, walls, shower and tilework, interior and exterior doors and A/C system with dehumidifier;

New Bradford White 75 Gallon water heaters (4);

New California Closets;

New Calacatta Borghini Honed Marble Slabs (First Floor Kitchen Area);

New Chain Link Fence;

New Drainage Pipes;

New Ejector Pump and Float Assembly (Basement);

New Fill Valve In Spa Pool;

New Flooring - Custom Mosaic, Marble Chips Mounted On Mesh net;

New Flush Valve in Master Toilet;

New Garage Door:

New Garden Fence;

New Gatehouse Gas Boiler and A/C High Efficiency A/C System With Wiring and Plumbing, Natural Gas Generator, Bathroom, Windows, Kitchen Cabinetry, Countertop, Front

---

[2] It is unclear whether all of these items would be legally considered fixtures or whether they would be considered personalty. To the extent they are determined to be personalty, they should be part of the above list of personalty.

Door, Interior Doors, Cameras, Security System, Dehumidifier, Siding and Roof;

New Generator System;

New Glass Roof Walkways (2);

New Guard House;

New HVAC System – 3 Dave Lennox Signature Collection Air Conditioner Units, 3 Dave Lennox Signature Collection Gas Furnace Units;

New Interior Doors;

New Kitchen Exhaust Fan;

New Laundry Room Countertop – Morning Frost Quartz;

New Lights, Wall Pates and Switches Throughout;

New Magnetic Door Lock Kit With Key Tags;

New Outdoor Gas Fire Pits (3) and Gas Lines;

New Outdoor Hammer Pavers;

New Outdoor Lighting;

New Outdoor Paving Stones (Kashia Marble, Crema Olivia Limestone, Crema Eda Blend Marble) and Borders (Crema Olivia Limestone, Traditional Bronze Basic);

New Outdoor Wood Fire Pit;

New Pink Honey Onyx Granite Slabs (Third Floor Bathroom);

New Steam Room Shower;

New Swimming Pool Heating System;

New Swimming Pool Lights and Computer System;

New Swimming Pool Pumps, Jets, Filters and Cleaning System;

New UHF Radio Communications System;

New Water Softening System - ATS Commercial Grade 120k Grain Water Softening System, Twin Water Right System ONE - PFOA/PFOS Specific Filtration, 5 Stage Alkaline Reverse Osmosis System (2), 14gal Amtrol Holding Tank, and Waterstone Annapolis Cold Only Filtration Faucet in Classic Bronze;

New Window Sashes throughout;

New Window Shades in Each Room;

New Window Wheel Drains (8);

Three New Stainless Steel Sinks (One in Each Laundry Room);

Two 20-ton LG Multi V series heating/cooling systems, 15 air handlers with new ducts and high efficiency air cleaners, refrigerant piping, piping and dampers, thermostats and controllers.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Date: October 31, 2023

_____
Qi Yong, Manager

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 31, 2023, a copy of the foregoing VERIFIED RESPONSE RE: TRO was served on all parties of record via CM/ECF.

Dated: October 31, 2023

By: //s/ Michael T. Conway<br>
Michael T. Conway